IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN WOODS, #242 702, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-144-WHA |
| | ) | [WO] |
| MELINDA HUMPHREY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on April 27, 2018. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

An appropriate judgment will be entered.

Done, this 21st day of May, 2018.

      /s/ W. Harold Albritton
      SENIOR UNITED STATES DISTRICT JUDGE